# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARRIE ANN PERKINS, | ) |
|          Plaintiff, | ) |
| vs. | ) Case No. CIV-16-1130-M |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) |
|          Defendant. | ) |

## ORDER

On February 26, 2018, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Acting Commissioner of Social Security ("Acting Commissioner"), denying plaintiff's applications for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401-434. The Magistrate Judge recommended the Acting Commissioner's decision in this matter be reversed and remanded. The parties were advised of their right to object to the Report and Recommendation by March 12, 2018. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 20] issued by the Magistrate Judge on February 26, 2018;
(2) REVERSES the decision of the Acting Commissioner;
(3) REMANDS for further administrative proceedings consistent with the Report and Recommendation; and
(4) ORDERS that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 21st day of March, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE